UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
FEB 2 2 2006
J. T. NOBLIN, CLERK
BY _____ DEPUTY

MIKE WILLIAMS AND MIKE WILLIAMS
INSURANCE, LTD.

PLAINTIFFS

VERSUS

CASE NO. 4:04CV99LN

LESLIE SMITH D/B/A LESLIE SMITH &
ASSOCIATES, AMERICAN MEDICAL SECURITY, INC.
A WISCONSIN CORPORATION

DEFENDANTS

AGREED ORDER OF DISMISSAL WITH PREJUDICE

THIS CAUSE CAME BEFORE THE COURT ON MOTION *ORE TENUS* OF THE PARTIES FOR ENTRY OF AN ORDER

OF DISMISSAL WITH PREJUDICE  THIS CAUSE HAS BEEN FULLY SETTLED AND COMPROMISED SO THAT THERE

REMAIN NO ISSUES TO BE DISPOSED OF BY THE COURT

IT IS, THEREFORE, ORDERED THAT THE ABOVE STYLED AND NUMBERED CAUSE BE AND THE SAME

IS HEREBY, DISMISSED WITH PREJUDICE, WITH EACH PARTY TO BEAR ITS OWN COSTS AND ATTORNEYS FEES.

ORDERED, THIS THE 22nd DAY OF *February* , 2006.

UNITED STATES DISTRICT JUDGE

AGREED TO AND APPROVED:

/s/ HENRY PALMER
HENRY PALMER,
ATTORNEY FOR PLAINTIFFS

/s/ KENNA L. MANSFIELD, JR.
KENNA L. MANSFIELD, JR.
ATTORNEY FOR AMERICAN MEDICAL SECURITY, INC.

/s/ BROOKS R. BUCHANAN
BROOKS R. BUCHANAN,
ATTORNEY FOR LESLIE SMITH

1248404v.1

1